# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0382
_____

SEDGWICK CMS, JETBLUE
AIRWAYS CORPORATION,

 Appellants,

 v.

JEANETTE DUFFY,

 Appellee.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident: February 5, 2022.


January 18, 2024

PER CURIAM.

 AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lynne M. Wilkerson and David S. Gold of Litchfield Cavo, LLP, Fort Lauderdale, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.